IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROY HUNT,

    Plaintiff,

v.   Civil Case No. 3:21cv539

P. MCCABE, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on the December 22, 2025 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 187.) The R&R recommends finding that Plaintiff's Notice of Appeal was not timely filed. No objections to the R&R have been filed and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 187);

(2) FINDS Plaintiff's Notice of Appeal was not timely filed; and,

(3) DIRECTS that the matter be returned to the United States Court of Appeals for the Fourth Circuit.

Let the Clerk of the Court send a copy of this Order to all counsel of record and to the United States Court of Appeals for the Fourth Circuit.

It is SO ORDERED.

Date: 3/5/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge